GLADYS TAYLOR, BY HER NEXT FRIEND, ROLAND TAYLOR, v. GEORGE G. TAYLOR, M. E. BELL AND MINNIE HOLLAND, ADMINISTRATRIX OF O. L. HOLLAND, DECEASED.

(Filed 30 September, 1925.)

APPEAL by defendant from CARTERET Superior Court. *Barnhill, J.*

Action in behalf of Gladys Taylor, an infant, to recover damages for personal injury suffered on account of defendants' negligence in the operation of a cotton gin. Upon a verdict a judgment was rendered in favor of plaintiff. No error.

*Alvah L. Hamilton, C. R. Wheatly and Luther Hamilton for plaintiff.*
*Ward & Ward and Julius F. Duncan for defendants.*

PER CURIAM. This case was tried carefully and correctly. No error appears to defendants' prejudice. The doctrines laid down in *Fry v. Utilities Co.,* 183 N. C., 288; *Ferrell v. Cotton Mills,* 157 N. C., 536; *Graham v. Power Co.,* 189 N. C., 381, were in all respects followed by the learned and careful trial judge. There is

No error.